Prob 22 (Rev. 01/2024)

# TRANSFER OF JURISDICTION

| DOCKET NO. (Transferring Court) |
|---|
| 0864 0:19CR00009-002(JMB) |

| DOCKET NO. (Receiving Court) |
|---|
| |

| NAME AND LOCATION OF | DISTRICT | DIVISION |
|---|---|---|
| Kristopher Sullivan | MINNESOTA | |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Jeffrey M. Bryan | |
| | DATES OF TSR SUPERVISION | FROM 11/24/2023 | TO 11/23/2026 |

**OFFENSE**

Conspiracy to Distribute Heroin

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment opportunities, violation of supervision)

The District of Nevada has requested jurisdiction as the defendant's ties and address is in Nevada. A request was made in addition to vacating violations and revocation proceedings, without prejudice, so that their district may pursue revocation proceedings in their district. This allows the defendant to address his supervision directly in the state he is residing at.

## PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF <u>MINNESOTA</u>

IT IS HEREBY ORDERED pursuant to 18 U.S.C. § 3605 the jurisdiction of the defendant named above be transferred with the records of this Court to the United States District Court for the <u>District Of Nevada</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervision may be changed by the District Court to which this transfer is made without further inquiry of this Court.

July 26, 2024

Date

United States District Judge
Jeffrey M. Bryan

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction of the above defendant be accepted and assumed by this Court from and after the entry of this order.

7/29/2024

Effective Date

United States District Judge

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Kristopher Sullivan

Case No.: TO BE ASSIGNED

**VIOLATION REPORT**
**REQUESTING ACCEPTANCE OF JURISDICTION**

July 26, 2024

TO:   UNITED STATES DISTRICT JUDGE

On October 11, 2019, Kristopher Sullivan was sentenced in the District of Minnesota by the Honorable Wilhelmina M. Wright to sixty months imprisonment with three (3) years' supervised release to follow for committing the offense of Conspiracy to Distribute Heroin. On November 24, 2023, supervision commenced in the District of Minnesota, and on November 27, 2023, Sullivan transferred to the District of Nevada.

Since commencing supervision, Sullivan has incurred several violations to include chronic marijuana use a new drug related felony arrest. The sentencing district has been made aware of Mr. Sullivan's violations and court proceedings did initiate, however, due to continued noncompliance and the pending Nevada state court matter, the Chief U.S. Probation Officer in consultation with the court in the District of Minnesota has determined that it would be appropriate to initiated transfer of jurisdiction.

Sullivan intends to remain in Nevada for the foreseeable future. To address any matters that may require the court's attention in an expeditious manner and for judicial economy, the undersigned officer is requesting our Court accept jurisdiction of his case. The Honorable Jeffrey M. Bryan has agreed to relinquish jurisdiction as noted by his signature on the attached Transfer of Jurisdiction (Prob 22). It should be noted that immediately upon receipt of jurisdiction, a violation petition will be submitted to the assigned judge.

Should the Court agree with request, the transfer of jurisdiction form is attached for Your Honor's signature.

Respectfully submitted,

*Digitally signed by Amanda Stevens*
*Date: 2024.07.26 14:20:47 -07'00'*

Amanda Stevens
United States Probation Officer

Approved:

ADDENDUM TO PETITION (Probation Form 12)
RE: Kristopher Sullivan

Digitally signed by Steve Goldner
Date: 2024.07.26 14:10:25 -07'00'

_____
Steve M Goldner
Supervisory United States Probation Officer