RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Kristopher Sullivan

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Kristopher Sullivan,<br><br>　　　　Defendant. | Case No. 2:24-CR-00164-GMN-EJY<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jessica Oliva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Kristopher Sullivan, that the Status Conference currently scheduled on Wednesday, September 18, 2024, be vacated and continued to a date and time convenient to the Court, but not sooner than one week.

This Stipulation is entered into for the following reasons:

1. US Probation is waiting for lab results and may not have them before the date of the hearing.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

1  This is the first request for a continuance of the revocation hearing.

2  DATED this 16th day of September 2024.

3

4  RENE L. VALLADARES                    JASON M. FRIERSON
   Federal Public Defender                United States Attorney
5

6   */s/ Brian Pugh*                       */s/ Jessica Oliva*
   By_____       By_____
7  BRIAN PUGH                             JESSICA OLIVA
   Assistant Federal Public Defender      Assistant United States Attorney
8

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Kristopher Sullivan,<br><br>    Defendant. | Case No. 2:24-CR-00164-GMN-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the Status Conference currently scheduled for Wednesday, September 18, 2024 at 9:00 a.m., be vacated and continued to October 1, 2024 at the hour of 11:00 a.m.

DATED this 16 day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE